# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| FANNIE MAE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-08-3588 |
| | § | |
| U.S. PROPERTY SOLUTIONS, L.L.C., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

### ORDER AND FINAL JUDGMENT

On January 10, 2011, the court granted plaintiff Fannie Mae's motion for summary judgment and requested that Fannie Mae submit evidence of reasonable attorneys' fees and expenses. Dkt. 46. Fannie Mae has presented evidence of its fees and expenses in the amount of $146,130.41. Dkt. 48. Additionally, Fannie Mae has requested that the court correct a typographical error in its January 10, 2011, memorandum and order granting summary judgment in which the court awarded default interest from October 15, 2008 rather than October 16, 2010. *Id.*

The court, finding good cause to amend its January 10, 2011 memorandum and order, hereby AMENDS the sentence beginning with "Because Fannie Mae has presented evidence . . ." on page 10 on the order to state the following:

> "Because Fannie Mae has presented evidence indicating that the Caridis are guarantors of the Note and that $678,226.27 plus $317.23 in default interest per day since October 16, 2010 is due on that Note, and because the Caridis have presented no evidence showing that this amount is incorrect, Fannie Mae's motion for a deficiency judgment is GRANTED."

Pursuant to the January 10, 2011, memorandum and order granting Fannie Mae's motion for summary judgment and the amendment thereto, which is outlined above, and in accordance with the evidence of attorneys' fees presented by Fannie Mae, which the court finds reasonable and just, Fannie Mae is AWARDED the following:

(1) $678,226.27 in actual damages;

(2) pre-judgment interest at a per diem rate of $317.23 from October 16, 2010 until the date of judgment;

(3) post-judgment interest at a rate of 0.29% per annum until Fannie Mae is paid in full, pursuant to 28 U.S.C. § 1961(a); and

(4) $146,130.41 in attorneys' fees.

It is so ORDERED.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on February 23, 2011.

_____
Gray H. Miller
United States District Judge